**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL DANIEL BRODIE,** ) | Case No. EDCV 13-346-R(AJW) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| **DR. JEFFERY BEARD,** ) | |
| ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _August 1, 2013_

_____
Manuel L. Real
United States District Judge